UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10299-RGS

| | | |
|---|---|---|
| NEW ENGLAND WATERPROOFING, INC., | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | **JOINT MOTION TO MODIFY** |
| DAVID DALESSANDRI, | ) ) ) | **SCHEDULING ORDER** |
| Defendant | ) ) ) | |

NOW COME the parties, by and through counsel, and jointly move for a modification of the scheduling order to extend certain deadlines by a period of 90 days. In support of this Motion, the parties state as follows:

1. The Court entered an order on June 10, 2004, setting the following deadlines:

| | |
|---|---|
| Completion of fact discovery | 1/31/05 |
| Dispositive motions | 2/28/05 |
| Expert designation | 2/28/05 |

2. The parties have agreed that additional fact discovery is necessary, and request the following changes to the above schedule:

| | |
|---|---|
| Completion of fact discovery | 4/30/05 |
| Dispositive motions | 5/31/05 |
| Expert designations | 5/31/05 |
| Designation of rebuttal experts | 6/30/05 |

WHEREFORE, the parties request that the Court enter an order establishing the deadlines set forth in paragraph 2 above, or for such other or further relief as the Court may deem just or appropriate.

DATED this 31st day of January, 2005.

        /s/ Steven T. Sager, Esq.
        Steven T. Sager, Esq.
        BBO no. 548777
        SAGER & SCHAFFER
        182 Turnpike Road., Suite 250
        Westborough, MA  01581
        (508) 898-9900
        Attorney for Plaintiff

        /s/  Paul R. Johnson, Esq.
        Paul R. Johnson, Esq.
        BBO no. 546165
        RICHARDSON, WHITMAN, LARGE
        & BADGER
        465 Congress Street
        P. O. Box 9545
        Portland, ME  04112-9545
        (207) 774-7474
        Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent, via U.S. mail, postage prepaid, this 31st day of January, 2005, to:

    Steven T. Sager, Esq.
    Sager & Schaffer
    182 Turnpike Road., Suite 250
    Westborough, MA  01581

        /s/  Paul R. Johnson