UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 14 P 3: 51

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| NEW ENGLAND WATERPROOFING, INC., <br><br> Plaintiff <br><br> v. <br><br> DAVID DALESSANDRI and CONCRETE PRESCRIPTIONS, LLC, <br><br> Defendants | CIVIL ACTION NO. <br> 04-10299-RGS |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

Please enter my appearance as attorney for the Defendants in the above entitled action, David Dalessandri and Concrete Prescriptions, LLC.

Stanley W. Wheatley
BBO No. 544643
33 Enterprise Street
P.O. Box 1474
Duxbury, MA 02332
(781) 934-2750

## CERTIFICATE OF SERVICE

I, Stanley W. Wheatley, hereby certify that on February _11_, 2005 I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on the following:

Steven T. Sager, Esq.
Sager & Schaffer
182 Turnpike Road, Suite 250
Westborough, MA 01581

David Dalessandri
7 Susan Road
Cape Elizabeth, ME 04107

Concrete Prescriptions, LLC
7 Susan Road,
Cape Elizabeth, ME 04107

_____
Stanley W. Wheatley