FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 FEB 14  P 3: 51

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| NEW ENGLAND WATERPROOFING, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DAVID DALESSANDRI and )<br>CONCRETE PRESCRIPTIONS, LLC, )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>04-10299-RGS |

### NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the above-named Court:

Please withdraw my appearance as attorney for the Defendants in the above entitled action, David Dalessandri and Concrete Prescriptions, LLC. This withdrawal of appearance does not require leave of Court because it is accompanied by notice of the appearance of successor counsel. A copy of this Notice of Withdrawal of Appearance has been served on the Defendants.

_____
Paul R. Johnson
BBO No. 546165
RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
Portland, ME 04112-9545
(207) 774-7474

## CERTIFICATE OF SERVICE

I, Stanley W. Wheatley, hereby certify that on February _11_, 2005 I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on the following:

Steven T. Sager, Esq.
Sager & Schaffer
182 Turnpike Road, Suite 250
Westborough, MA 01581

David Dalessandri
7 Susan Road
Cape Elizabeth, ME 04107

Concrete Prescriptions, LLC
7 Susan Road,
Cape Elizabeth, ME 04107

_____
Stanley W. Wheatley