UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10299-RGS

|  |  |
|---|---|
| NEW ENGLAND WATERPROOFING, INC., a Massachusetts corporation, doing business under the trademark "Crack-X,"<br>              Plaintiff<br><br>v.<br><br>DAVID DALESSANDRI, and CONCRETE PRESCRIPTIONS, LLC, a Maine Limited Liability Company doing business as "Concrete RX,"<br>              Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO ENLARGE TIME
FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR
ORDER MODIFYING SCHEDULING ORDER AND GRANTING LEAVE
TO FILE AMENDED ANSWER AND COUNTERCLAIM**

New England Waterproofing, Inc., the plaintiff in the above-captioned matter, moves with the assent and agreement of defendants, David Dalessandri and Concrete Prescriptions, LLC, to enlarge the time that New England Waterproofing, Inc. has to respond to the Defendants' Motion for Order Modifying Scheduling Order and Granting Leave to File Amended Answer and Counterclaim, through and including April 15, 2005. The enlargement of time is necessary to enable

counsel to address the issues raised by defendants' motion and supporting materials.

Wherefore, New England Waterproofing, Inc., urges this Court to extend the time to respond to the Defendants' Motion for Order Modifying Scheduling Order and Granting Leave to File Amended Answer and Counterclaim through and including April 15, 2005.

|  |  |
|---|---|
| **Assented and Agreed to:**<br><br>/s/Stanley W. Wheatley<br>Stanley W. Wheatley<br>BBO No. 544643<br>33 Enterprise Street<br>P.O. Box 1474<br>Duxbury, MA  02332<br>(781) 934-2750<br><br>Attorneys for the Defendants,<br>David Dalessandri and Concrete Prescriptions, LLC | /s/Steven T. Sager<br>Steven T. Sager<br>Christopher J. Sissons<br>BBO No. 548777, 634919<br>Sager & Schaffer LLP<br>182 Turnpike Road, Suite 250<br>Westborough, MA  01581<br>(508) 898-9900<br><br>Attorney for Plaintiff,<br>New England Waterproofing, Inc. |

**So Ordered:**

_____