UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10299-RGS

|  |  |
|---|---|
| NEW ENGLAND WATERPROOFING, INC., a Massachusetts corporation, doing business under the trademark "Crack-X,"<br>　　　　Plaintiff<br><br>v.<br><br>DAVID DALESSANDRI and CONCRETE PRESCRIPTIONS, LLC, a Maine Limited Liability Company doing business as "Concrete RX,"<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Mass. R. Civ. P. 41 (a) (1), all the parties in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree to the dismissal of all claims brought in this action with prejudice and without costs. All rights of appeal hereby are waived.

_____
Stanley W. Wheatley
BBO No. 544643
33 Enterprise Street
P.O. Box 1474
Duxbury, MA 02332
(781) 934-2750

Attorneys for the Defendants,
David Dalessandri and
Concrete Prescriptions, LLC

_____
Steven T. Sager
BBO No. 548777
Sager & Schaffer LLP
182 Turnpike Road, Suite 250
Westborough, MA 01581
(508) 898-9900

Attorney for Plaintiff,
New England Waterproofing, Inc.